IN THE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| *TERRI DEWALT,* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cause No. _____ |
| *COVENANT CARE MIDWEST, INC.* | ) | |
| *d/b/a HIGHLAND HEALTH CARE* | ) | |
| *CENTER AND CEDAR RIDGE* | ) | **DEFENDANT DEMANDS TRIAL** |
| *HEALTH REHAB CENTER,* | ) | **BY JURY** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF REMOVAL</u>

COMES NOW defendant, Covenant Care Midwest, Inc., d/b/a Highland Health Care Center and Cedar Ridge Health & Rehab Care Center (hereinafter "Defendant"), by and through its attorneys, Sandberg Phoenix & von Gontard P.C., pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and Rule 81(c) of the Federal Rules of Civil Procedure, and for its Notice of Removal, states as follows:

1.    A civil action, Cause No. 17-L-348, was commenced on June 29, 2017, in the Circuit Court of St. Clair County, Illinois, by plaintiff, Terri DeWalt (hereinafter "Plaintiff"), against Defendant.

2.    A copy of Plaintiff's Complaint initiating this civil action (the "Complaint") is attached hereto, along with copies of all other documents for this action within the file of the Circuit Court of St. Clair County, Illinois (collectively, the "State Court File") as of the time of removal. [see State Court File attached hereto as "Exhibit A"].

3.      Additionally, a copy of the Civil Cover Sheet prepared for this removal is filed herewith.  [see Civil Cover Sheet attached hereto as "Exhibit B"].

4.      The two-count Complaint alleges violations of the Nursing Home Care Act and negligence arising out of Plaintiff's residence at Defendant's skilled nursing facilities [see Complaint].

5.      The Complaint alleges that as a proximate result of Defendant's alleged actions, Plaintiff "sustained substantial personal and pecuniary injuries, past, present and future, including, but not limited to, disability and disfigurement, pain and suffering, and expense for hospital and related medical care." [see Complaint at ¶ 18].

6.      Plaintiff is a citizen of Illinois.  [see Complaint at ¶ 1].

7.      Defendant is a California corporation with its principal place of business in California.

8.      Complete diversity of citizenship between Plaintiff and Defendant exists in this case.

9.      The amount in controversy exceeds $75,000, exclusive of any interest and costs, because the Complaint contends that Defendant's alleged negligence and violations of the Nursing Home Care Act caused Plaintiff to suffer substantial personal and pecuniary injuries. [see Complaint at ¶ 18].

10.     Based on Plaintiff's contentions in the Complaint regarding the alleged damages sustained, as detailed above, there is no basis to conclude with legal certainty that Plaintiff's claim is for less than the jurisdictional minimum. See *Oshana v. Coca-Cola Co.*, 472 F.3d 506, 511 (7th Cir. 2006) (a good-faith estimate of the stakes is acceptable if it is plausible and supported by a preponderance of the evidence; once the defendants have established the requisite

8777306.1

amount in controversy, the plaintiff can defeat jurisdiction only if "it appears to a legal certainty that the claim is really for less than the jurisdictional amount").

11.     This Notice of Removal is timely because Defendant agreed to accept service of process on July 31, 2017. [see July 31, 2017 email from Jaime Bremerkamp attached hereto as "Exhibit C"].

12.     For all of the above reasons, this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

13.     In connection with filing this Notice of Removal, Defendant will provide written notice thereof to Plaintiff and to the Circuit Court of St. Clair County, Illinois. [see Notice to State Court Regarding Removal of Case attached hereto as "Exhibit D"].

WHEREFORE, Defendant hereby removes this case from the Circuit Court of St. Clair County, Illinois, to the United States District Court for the Southern District of Illinois.

**DEFENDANT DEMANDS TRIAL BY JURY**

SANDBERG PHOENIX & von GONTARD P.C.


By:     /s/ Jaime L. Bremerkamp
        Jeffrey L. Dunn, #6269679
        Jaime L. Bremerkamp, #6291988
        600 Washington Avenue - 15th Floor
        St. Louis, MO  63101-1313
        314-231-3332
        314-241-7604 (Fax)
        jdunn@sandbergphoenix.com
        jbremerkamp@sandbergphoenix.com

        *Attorneys for Defendant, Covenant Care Midwest,*
        *Inc. d/b/a Highland Health Care Center and Cedar*
        *Ridge Health Rehab Center*

3

8777306.1

**Certificate of Service**

     I hereby certify that on <u>29</u><sup>th</sup> day of <u>August</u> 2017 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

     Mark S. Peebles
     <u>mspeebles_2000@yahoo.com</u>
     Peebles & Associates, LLC
     111 W. Washington Street
     Belleville, IL 62220
     *Attorneys for Plaintiff*

     */s/ Jaime L. Bremerkamp* _____

8777306.1